U.S. Department of Justice

United States Attorney
District of New Jersey

| | | |
|---|---|---|
| Hope S. Olds<br>Assistant U.S. Attorney | 970 Broad Street, Suite 700<br>Newark, NJ 07102 | 973/645-2764 |

July 18, 2008

Hon. Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal
    Building & U.S. Courthouse
Newark, New Jersey 07102

    Attn: Lissette Rodriguez

    Re:   <u>U.S. v. Flora Cruz, Crim. No. 07-615 (JLL)</u>

Dear Judge Linares:

    I am in receipt of the defendant's letter to the Court dated July 8, 2008 in which Ms. Cruz makes three requests, namely (1) that she be able to attend three events related to her son's wedding, (2) that she and her husband be permitted to refinance their home, and (3) that her passport be returned to her.

    After consulting with defendant's U.S. Probation Officer Denise Morales, the Government's position is as follows: (1) Ms. Cruz be allowed to attend the three occasions connected to the wedding of her son provided that she remains in compliance with the conditions of her home confinement; (2) Ms. Cruz be permitted to refinance her home as she has paid the fine Your Honor imposed at the time of sentencing; and (3) the defendant's passport be returned to her only <u>after</u> her home confinement is complete and only if Ms. Cruz is in full compliance of the conditions of her supervised release.

*3 EVENTS INCLUDE:
- Bridal Shower 08·03·08 @ 10:30 AM Brownstone, W. Paterson, NJ.
- Rehearsal - Oct 2, 2008 @ St. Anthony's Church, Hawthorne NJ
- Wedding and Reception on Oct. 3, 2008

Very truly yours,

CHRISTOPHER J. CHRISTIE
United States Attorney

s/Hope S. Olds

By:  HOPE S. OLDS
     Assistant U.S. Attorney

cc:  U.S. Probation Officer Denise Morales

SO ORDERED:
DATED:  7-21-08