UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Crim. No. 07-615 (JLL)

v.  :

FLORA CRUZ  :  <u>ORDER</u>

This matter having come before the Court on the motion of defendant Flora Cruz for an order terminating early her supervised release; and the United States of America, Ralph J. Marra, Jr., Acting United States Attorney (Christopher J. Gramiccioni, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and the Court having found that and for good cause shown,

It is on this 21st day of July, 2009,

ORDERED that defendant Cruz's motion to terminate early her supervised release be denied.

_____
HON. JOSE L. LINARES
United States District Judge